**Electronically Filed**
**Supreme Court**
**SCWC-28413**
**22-NOV-2011**
**09:47 AM**

NO. SCWC-28413

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————

AMY M. LEE,
Petitioner/Plaintiff-Appellant,

vs.

UNITED PUBLIC WORKERS AFSCME, LOCAL 646, AFL-CIO;
STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY,
Respondents/Defendants-Appellees.

———————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28413; CIV. NO. 06-1-0227)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J. Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Plaintiff-Appellant's application for writ

of certiorari filed on October 18, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 22, 2011.

R. Steven Geshell for
Petitioner/Plaintiff-
Appellant on the
application

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

